Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

FILED
IN CLERK'S OFFICE

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

ROLAND GARRETT
_____
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

ESPN, ET AL
_____
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: *(check one)*  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Roland Garrett |
| Street Address | 1202 Commonwealth Ave, Apt B9 |
| City and County | Allston, MA 0213 |
| State and Zip Code | MA. 02134 |
| Telephone Number | 617-687-3477 |
| E-mail Address | rolandgarrett130@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

Defendant No. 1
  Name: ESPN
  Job or Title (if known):
  Street Address: 935 Middle St.
  City and County: Bristol
  State and Zip Code: CT, 06010
  Telephone Number:
  E-mail Address (if known):

Defendant No. 2
  Name: Robert Kraft
  Job or Title (if known):
  Street Address: 1 Patriots Pl.
  City and County: Foxborough, ~~MA~~
  State and Zip Code: Ma. 02035
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

    b.     If the defendant is a corporation

The defendant, *(name)* __ESPN__ , is incorporated under the laws of the State of *(name)* __CT__ , and has its principal place of business in the State of *(name)* __CT__ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* __Massachusetts__ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

__150,000__

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Defendants used and sold plaintiff unregistered watermark "Boston Championship Rings Cover."

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

17 U.S.C. section 106 (a)(1)(A)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Roland Garrett, is a citizen of the State of *(name)* Massachusetts.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

150,000

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: Aug. 27, 2024

Signature of Plaintiff: Roland Garrett
Printed Name of Plaintiff: ROLAND GARRETT

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## Arguments:

### Introduction:

1. Roland Garrett, the plaintiff, emailed his unregistered watermark "Boston Championship Rings Cover" to different sports publications. The watermark consists of a picture of the plaintiff hand wearing replicas of the Boston Championship Rings, see exhibit A.

2. The plaintiff later filed action against two of these publications, in Suffolk Superior Court, the case was dismissed, see: exhibit B.

3. The plaintiff contacted a copyright lawyer who could not resolve the issue out of court now these issues are before this Honorable Court for a second time.

### Argument 1:

4. The defendant, ESPN got a hold of the plaintiff unregistered watermark (Boston Championship Rings Cover) which is entitled to protection, exhibit A.

Page 2.

1

5. The defendant, Robert Kraft, got a hold of ESPN Boston Championship Rings Cover pic, and made it a Collectable, see: exhibit C. Which is also entitled to protection.

6. Plaintiff also seeks the Artists Rights Act of 1990 (VARA) protects by prohibiting the destruction of the above Collectables by the defendants.

**Argument 2:**

7. Both defendants later removed the plaintiff registered artwork from their website and platforms after selling the plaintiff artwork for trade and sale in the Commonwealth of Massachusetts for over a decade. The defendant ESPN, put plaintiff watermark in MINT because it was a best seller for over a decade.

8. When the plaintiff sent the defendants his unregistered watermark as a Fan he did not know that the defendants were going to sell the picture and use it for advertising purposes of trade for commercial use

in the Commonwealth of Massachusetts.

9. Both defendants used the plaintiff watermark (Boston Championship Rings Cover) for trade and sale in the Commonwealth of Massachusetts without the plaintiff consent.

10. The plaintiff copyrighted his watermark "Boston Championship Rings Cover" January 25,2024. At the advice of a lawyer. Registration number 1-13443164951, which fulfills the precondition to suit for federal copyright infringement under Mass. Gen. Law 214, section 3a.

Page 3.