# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

_____

Roland Garrett,
    **Plaintiff**

    **v.**

                                  **Civil Action No. 1:24-cv-12223-FDS**

ESPN et al.,
    **Defendant**

_____

## ORDER OF DISMISSAL

**Saylor, C. J.**

In accordance with the Court's ORDER dated May 7, 2025 (Dkt. No. 27), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

                                              By the Court,

05/07/2025                                    /s/ Melonie Cooke
Date                                             Deputy Clerk